**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>SALEEM ESTREMERA,<br><br>    Defendant. | Case No. 2:12-cr-022-GMN-PAL<br><br>**ORDER** |

Based upon this pending Stipulation of counsel, and good cause appearing therefore,

**IT IS HEREBY ORDERED** that the sentencing hearing currently set for December 13, 2012, at 9:30 a.m., is hereby vacated and continued to  January 17 , 2013, at the hour of 10:30 am, in Courtroom  7D .

**DATED** this  12th  day of December, 2012.

_____
UNITED STATES DISTRICT JUDGE